UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEALER COMPUTER SERVICES, INC.,

    Plaintiff,

v.

DUB HERRING FORD LINCOLN
MERCURY, INC., ET AL.,

    Defendants.
_____/

Case No. 07-10263

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion to dismiss is hereby GRANTED, and the case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: May 29, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2009, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager